# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LORI D. THAYN,

    Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

Case No. 2:17-cv-00406-RFB-GWF

**ORDER**

This matter is before the Court on Defendant Select Portfolio Servicing, Inc.'s Motion to Withdraw as Attorney (ECF No. 19), filed on May 9, 2017. Counsel represents that Chelsea A. Crowton, Esq. is no longer employed by the law firm of Wright, Findlay & Zak, LLP. Therefore, counsel requests that she be removed as attorney of record for Defendants. The Court finds that counsel has provided good cause to justify granting her withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw as Attorney (ECF No. 19) is **granted**. The Clerk of Court shall substitute Stacy H. Rubin, Esq. of the law firm of Wright, Findlay & Zak, LLP in the place of Chelsea Crowton, Esq.

DATED this 9th day of May, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge